## American Railway Express Company v. Hays.

(Decided October 18, 1927.)

### Appeal from Breathitt Circuit Court.

Appeal and Error.—Under Ky. Stat. Supp. 1926, section 950, limiting jurisdiction of Court of Appeals in actions for recovery of money to cases where amount in controversy is $200.00, exclusive of interest and costs, appeal from judgment for $45.00, with interest and costs, could not be entertained.

O. H. POLLARD for appellant.

SOUTH STRONG for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE CLAY—Dismissing appeal.

This is an appeal from a judgment in favor of appellee for $45, with interest and costs.

Since the jurisdiction of this court in actions for the recovery of money is limited to cases where the amount in controversy is $200, exclusive of interest and costs, it follows that the appeal cannot be entertained. Section 950, Kentucky Statutes, Baldwin's Supplement 1926; Thomas v. Thomas, 162 Ky. 630, 172 S. W. 1054.

Appeal dismissed.